NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE W. LINARES-ROSADO,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3003

---

Petition for review of the Merit Systems Protection Board in case no. NY3443080345-B-1.

---

**ON MOTION**

---

**ORDER**

Jose W. Linares-Rosado moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 5 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jose W. Linares-Rosado
      Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2010

**JAN HORBALY
CLERK**